IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY EUGENE LARSON,

    Plaintiff,                  No. CIV S-06-2094 FCD KJM P

    vs.

WARDEN RUNNELS,

    Defendants.           <u>ORDER</u>

                  /

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed March 1, 2007, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for defendant McDonald, only insofar as plaintiff alleges a violation of his Eighth Amendment rights in ground two.

/////

1  2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons,
2 an instruction sheet and a copy of the amended complaint filed March 29, 2007.
3  3. Within thirty days from the date of this order, plaintiff shall complete the
4 attached Notice of Submission of Documents and submit the following documents to the court:
5   a. The completed Notice of Submission of Documents;
6   b. One completed summons;
7   c. One completed USM-285 form for the defendant listed in number 1
8   above; and
9   d. Two copies of the endorsed amended complaint filed March 29, 2007.
10  4. Plaintiff need not attempt service on defendant and need not request waiver of
11 service. Upon receipt of the above-described documents, the court will direct the United States
12 Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4
13 without payment of costs.
14 DATED: May 14, 2007.

_____
U.S. MAGISTRATE JUDGE

2
lars2094.1amd

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY EUGENE LARSON,

    Plaintiff,                          No. CIV S-06-2094 FCD KJM P

    vs.

WARDEN RUNNELS,                      <u>NOTICE OF SUBMISSION</u>

    Defendants.                    <u>OF DOCUMENTS</u>

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____ completed summons form

        _____ completed USM-285 forms

        _____ copies of the _____
                             Amended Complaint

DATED:

                                      _____
                                      Plaintiff