EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
TRACY S. HENDRICKSON
Supervising Deputy Attorney General
GREGORY G. GOMEZ, State Bar No. 242674
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-3866
 Fax: (916) 324-5205
 Email: Gregory.Gomez@doj.ca.gov

Attorneys for Defendant McDonald

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **HARVEY EUGENE LARSON,**<br><br>Plaintiff,<br><br>v.<br><br>**WARDEN RUNNELS,**<br><br>Defendant. | 2:06-CV-2094 FCD KJM P<br><br>**ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE HIS MOTION FOR SUMMARY JUDGMENT; ORDER** |

Defendant McDonald filed his first request for an extension of time to file his motion for summary judgment. Good cause appearing, Defendant is granted an additional thirty-one days, to and including April 15, 2008, to file his motion for summary judgment.

**IT IS SO ORDERED.**

Dated: March 17, 2008.

_____
U.S. MAGISTRATE JUDGE

Order Granting Defendant's First Request for an Extension of time to File His Motion for Summary Judgment; Order

1