IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **HARVEY EUGENE LARSON,** | 2:06-CV-2094 FCD KJM P |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S REQUEST TO VACATE THE DISPOSITIVE MOTION DEADLINE** |
| v. | |
| **WARDEN RUNNELS,** | |
| Defendant. | |

On April 1, 2008, Defendant McDonald requested that the Court vacate its dispositive motion deadline of April 15, 2008 (docket no. 49). Good cause appearing, Defendant's request is granted and the dispositive motion deadline of April 15, 2008, is vacated, pending the Court's ruling on Defendant's motion for judgment on the pleadings.

Dated: April 11, 2008.

_____
U.S. MAGISTRATE JUDGE

SA2007303180

Order Granting Defendant's Request to Vacate the Dispositive Motion Deadline

1