IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY EUGENE LARSON,

            Plaintiff,                  No. CIV S-06-2094 FCD KJM P

     vs.

WARDEN RUNNELS, et al.,

            Defendants.           <u>ORDER</u>

_____/

        On March 7, 2008, plaintiff filed a request for reconsideration of the magistrate judge's order filed February 22, 2008, denying plaintiff's motion to extend discovery deadline. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed February 22, 2008, is affirmed.

DATED: June 18, 2008.

_____

FRANK C. DAMRELL, JR.

UNITED STATES DISTRICT JUDGE