IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY EUGENE LARSON,

      Plaintiff,                      No. CIV S-06-2094 FCD KJM P

    vs.

WARDEN RUNNELS, et al.,

      Defendants.          ORDER

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's motion for the appointment of counsel will therefore be denied.

        Plaintiff has filed a motion for the entry of a default judgment based on the handling of grievances at the institution. He has provided no reason why the entry of default would be appropriate under Rule 55 of the Federal Rules of Civil Procedure.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for the appointment of counsel (docket no. 59) is denied; and

2. Plaintiff's motion for default judgment (docket no. 55) is denied.

DATED: July 18, 2008.

_____
U.S. MAGISTRATE JUDGE

2/mp
lars2094.31