IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY EUGENE LARSON,

      Plaintiff,                     No. CIV S-06 2094 JAM CKD P

    vs.

M. D. McDONALD,

      Defendant.                 ORDER

_____/

       On September 15, 2011, plaintiff filed a motion asking that this court reconsider the September 29, 2008 order adopting the magistrate judge's August 28, 2008 findings and recommendations thereby dismissing this action.

       A district court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b). See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." Id. at 1263.

/////

/////

/////

1     Plaintiff does not present newly discovered evidence suggesting this matter should
not be dismissed.  Furthermore, the court finds that, after a de novo review of this case, the
September 29, 2008 order adopting the magistrate judge's August 28, 2008 findings and
recommendations is neither manifestly unjust nor clearly erroneous.

     Accordingly, IT IS HEREBY ORDERED that plaintiff's September 15, 2011 motion for reconsideration is denied.

DATED: April 9, 2012

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE