1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   HARVEY EUGENE LARSON,

11          Plaintiff,                        No. CIV S-06 2094 JAM CKD P

12      vs.

13   M. D. McDONALD,

14          Defendant.                        ORDER

15   _____/

16          On September 15, 2011, plaintiff filed a motion asking that this court reconsider

17   the September 29, 2008 order adopting the magistrate judge's August 28, 2008 findings and

18   recommendations thereby dismissing this action.

19          A district court may reconsider a ruling under either Federal Rule of Civil

20   Procedure 59(e) or 60(b).  See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5

21   F.3d 1255, 1262 (9th Cir. 1993).  "Reconsideration is appropriate if the district court (1) is

22   presented with newly discovered evidence, (2) committed clear error or the initial decision was

23   manifestly unjust, or (3) if there is an intervening change in controlling law."  Id. at 1263.

24   /////

25   /////

26   /////

1    Plaintiff does not present newly discovered evidence suggesting this matter should

2  not be dismissed.  Furthermore, the court finds that, after a de novo review of this case, the

3  September 29, 2008 order adopting the magistrate judge's August 28, 2008 findings and

4  recommendations is neither manifestly unjust nor clearly erroneous.

5    Accordingly, IT IS HEREBY ORDERED that plaintiff's September 15, 2011

6  motion for reconsideration is denied.

7  DATED:    April 9, 2012

8                                        /s/ John A. Mendez

9                                        UNITED STATES DISTRICT COURT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26